PAUL M. PRELLER, Respondent, *v.* BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.

(Argued January 8, 1931; decided February 10, 1931.)

*Harold L. Warner* and *George D. Yeomans* for appellant.
*Edward J. Conlon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.